ORIGINAL FILED
2008 JUL 21  A 10: 24
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

E-filing

1 | JOSEPH P. RUSSONIELLO (CSBN 44332)
United States Attorney
2 | JOANN M. SWANSON (CSBN 88143)
Chief, Civil Division
3 | VICTORIA R. CARRADERO (CSBN 217885)
Assistant United States Attorney
4
   | 450 Golden Gate Avenue, Box 36055
5 | San Francisco, California 94102-3495
   | Telephone: (415) 436-7181
6 | Facsimile:  (415) 436-6748
   | Email: victoria.carradero@usdoj.gov
7
   | Attorneys for Federal Defendant
8 | Noemi Luna, Postmaster

9                    UNITED STATES DISTRICT COURT

10                  NORTHERN DISTRICT OF CALIFORNIA

11                       SAN FRANCISCO DIVISION

12 | NEXT ARTS,                         )  Case No. C
                                        )              3483
13 |                  Plaintiff,         )
                                        )
14 |        v.                           )  **NOTICE OF REMOVAL**   **JCS**
                                        )
15 | NOEMI LUNA, POSTMASTER,            )
                                        )
16 |                  Defendant.         )
                                        )
17 |_____    )

18 |    TO:  Clerk, San Francisco Superior Court
              Small Claims Division
              400 McAllister St., Rm. 103
19            San Francisco, California 94102

20            Anthony Imperial, Director
              Next Arts
21            1300 25th Street, Unit C
              San Francisco, California 94107
22
              Anthony Imperial, Director
23            Next Arts
              P.O. Box 880418
24            San Francisco, California 94188

25 |    PLEASE TAKE NOTICE that on this day Case No. 825408 pending in the Small Claims

26 | Division, San Francisco County Superior Court is being removed to the United States District Court

27 | for the Northern District of California, pursuant to 28 U.S.C. §§ 1339, 1441(a), 1441(b), 1441(f),

28
   | NOTICE OF REMOVAL
   | *Next Arts v. Luna*                             1

2679(d)(2), and 39 U.S.C. § 409(a) on behalf of Noemi Luna, San Francisco Postmaster. Upon direction by the Attorney General of the United States, the undersigned attorneys hereby present the following facts to the Judges of the United States District Court for the Northern District of California.

1. On May 20, 2008, plaintiff Next Arts filed a small claims complaint in the San Francisco Superior Court, Small Claims Division against Noemi Luna, Postmaster for San Francisco (hereinafter Postmaster). Plaintiff claims that defendant owes $5,000.00 because of "willful obstruction of delivery of mail."

2. On June 20, 2008, the Postmaster was served with a copy of the small claims complaint. A copy of the Plaintiff's Claim and Order to Defendant (Small Claims) is attached as Exhibit A pursuant to 28 U.S.C. § 1446(a), which constitutes the only process, pleading, or order which has been received. Trial is set for July 28, 2008 at 1:30 p.m., which should be vacated upon the filing of this notice.

3. This action is one which may be removed to the district court because at the time of the alleged incident, Noemi Luna was acting within the scope of her employment as the San Francisco Postmaster within the meaning of 28 U.S.C. § 2679(d)(2).

4. Upon certification by the Attorney General, the action shall be removed to the District Court at any time prior to trial. The United States Attorney is delegated under 28 C.F.R. § 15.3 to make the certification provided for in 28 U.S.C. § 2679(d)(2). The Chief of the Civil Division has been authorized to exercise on behalf of the United States Attorney the authority vested in him by the Attorney General, pursuant to 28 C.F.R. § 15.3. The Chief of the Civil Division has certified that Noemi Luna was acting within the course and scope of her employment. See Certification Pursuant to 28 U.S.C. § 2679(d). This certification is conclusive for purposes of removal. 28 U.S.C. § 2679(d)(2).

5. Upon removal the United States is automatically substituted for Noemi Luna, and this action will proceed as an action against the United States of America pursuant to 28 U.S.C. § 1346(b) subject to the limitations and exceptions applicable to those actions. 28 U.S.C. § 2679(d)(4).

NOTICE OF REMOVAL
*Next Arts v. Luna*                                                2

6. A copy of this Notice will be filed with the Clerk of the Small Claims Division, San Francisco Superior Court which will effect the removal of the action in its entirety to this Court for all further proceedings pursuant to 28 U.S.C. § 1446(d).

Respectfully submitted,

JOSEPH P. RUSSONIELLO
United States Attorney

Dated: July 21, 2008    By: _____
VICTORIA R. CARRADERO
Assistant United States Attorney

NOTICE OF REMOVAL
*Next Arts v. Luna*                            3

# EXHIBIT A

*Subpoenaed Party Copy*

**Name and Address of Court:** Small Claims Division
San Francisco Superior Court
400 McAllister St., Rm. 103
San Francisco, CA 94102

**SMALL CLAIMS CASE NO.** 825408

**PLAINTIFF/DEMANDANTE** (Name, address, and telephone number of each):
Next Arts
1300 25th Street, Unite
San Francisco, CA 94107
Telephone No: (415) 970-9005

**DEFENDANT/DEMANDADO** (Name, address, and telephone number of each):
Noemi Luna, Postmaster
U.S. Postal Service
1300 Evans Ave
SF, CA 94124
Telephone No: (415) 552-1300

☐ See attached sheet for additional plaintiffs and defendants.

**SMALL CLAIMS SUBPOENA
FOR PERSONAL APPEARANCE AND PRODUCTION OF DOCUMENTS
AND THINGS AT TRIAL OR HEARING AND DECLARATION**

THE PEOPLE OF THE STATE OF CALIFORNIA, TO (name, address, and telephone number of witness, if known):
Noemi Luna, US Postal Service, 1300 Evans Ave, SF CA 94124

1. YOU ARE ORDERED TO APPEAR AS A WITNESS in this case at the date, time, and place shown in the box below UNLESS your appearance is excused as indicated in box 4b below or you make an agreement with the person named in item 2 below.

   a. Date: 7/24/08   Time: 1:30 pm   ☐ Dept.:   ☐ Div.:   ☒ Room: 506
   b. Address: 400 McAllister, San Francisco, CA 94102

2. IF YOU HAVE ANY QUESTIONS ABOUT THE TIME OR DATE YOU ARE TO APPEAR, OR IF YOU WANT TO BE CERTAIN THAT YOUR PRESENCE IS REQUIRED, CONTACT THE FOLLOWING PERSON BEFORE THE DATE ON WHICH YOU ARE TO APPEAR:
   a. Name of subpoenaing party:
   b. Telephone number:

3. Witness Fees: You are entitled to witness fees and mileage actually traveled both ways, as provided by law, if you request them at the time of service. You may request them before your scheduled appearance from the person named in item 2.

   **PRODUCTION OF DOCUMENTS AND THINGS**
   (Complete item 4 only if you want the witness to produce documents and things at the trial or hearing.)

4. YOU ARE (item a or b must be checked):
   a. ☒ Ordered to appear in person and to produce the records described in the declaration on page two. The personal attendance of the custodian or other qualified witness and the production of the original records are required by this subpoena. The procedure authorized by Evidence Code sections 1560(b), 1561, and 1562 will not be deemed sufficient compliance with this subpoena.
   b. ☐ Not required to appear in person if you produce (i) the records described in the declaration on page two and (ii) a completed declaration of custodian of records in compliance with Evidence Code sections 1560, 1561, 1562, and 1271. (1) Place a copy of the records in an envelope (or other wrapper). Enclose the original declaration of the custodian with the records. Seal the envelope. (2) Attach a copy of this subpoena to the envelope or write on the envelope the case name and number; your name; and the date, time, and place from item 1 in the box above. (3) Place this first envelope in an outer envelope, seal it, and mail it to the clerk of the court at the address in item 1. (4) Mail a copy of your declaration to the attorney or party listed at the top of this form.

5. IF YOU HAVE BEEN SERVED WITH THIS SUBPOENA AS A CUSTODIAN OF CONSUMER OR EMPLOYEE RECORDS UNDER CODE OF CIVIL PROCEDURE SECTION 1985.3 OR 1985.6 AND A MOTION TO QUASH OR AN OBJECTION HAS BEEN SERVED ON YOU, A COURT ORDER OR AGREEMENT OF THE PARTIES, WITNESSES, AND CONSUMER OR EMPLOYEE AFFECTED MUST BE OBTAINED BEFORE YOU ARE REQUIRED TO PRODUCE CONSUMER OR EMPLOYEE RECORDS.

**DISOBEDIENCE OF THIS SUBPOENA MAY BE PUNISHED AS CONTEMPT BY THIS COURT. YOU WILL ALSO BE LIABLE FOR THE SUM OF FIVE HUNDRED DOLLARS AND ALL DAMAGES RESULTING FROM YOUR FAILURE TO OBEY.**

[SEAL]   Date issued: JUN 20 2008

Clerk, by _____, Deputy

(See reverse for declaration in support of subpoena)

Form Adopted for Mandatory Use
Judicial Council of California
SC-107 (Rev. January 1, 2000)

**SMALL CLAIMS SUBPOENA
AND DECLARATION**

Code of Civil Procedure § 1985 et seq.

EXHIBIT ___A___

| PLAINTIFF/PETITIONER: Next Art | CASE NUMBER: |
| DEFENDANT/RESPONDENT: Hormi Luna, Postmaster | 825 408 |

## DECLARATION IN SUPPORT OF
## SMALL CLAIMS SUBPOENA FOR PERSONAL APPEARANCE
## AND PRODUCTION OF DOCUMENT AND THINGS AT TRIAL OR HEARING
(Code Civil Procedure sections 1985, 1987.5)

1. I, the undersigned, declare I am the ☒ plaintiff ☐ defendant ☐ judgment creditor
   ☐ other (specify): in the above entitled action.

2. The witness has possession or control of the following documents or other things and shall produce them at the time and place specified on the Small Claims Subpoena on the first page of this form.
   a. ☒ For trial or hearing (specify the exact documents or other things to be produced by the witness):
   
   Notes, logs, memos and other such documents associated with PO Box 880 418
   
   ☐ Continued on Attachment 2a.
   
   b. ☐ After trial to enforce a judgment (specify the exact documents or other things to be produced by the party who is the judgment debtor or other witness possessing records relating to the judgment debtor):
      (1) ☐ Payroll receipts, stubs, and other records concerning employment of the party. Receipts, invoices, documents, and other papers or records concerning any and all accounts receivable of the party.
      (2) ☐ Bank account statements, canceled checks, and check registers from any and all bank accounts in which the party has an interest.
      (3) ☐ Savings account passbooks and statements, savings and loan account passbooks and statements, and credit union share account passbooks and statements of the party.
      (4) ☐ Stock certificates, bonds, money market certificates, and any other records, documents, or papers concerning all investments of the party.
      (5) ☐ California registration certificates and ownership certificates for all vehicles registered to the party.
      (6) ☐ Deeds to any and all real property owned or being purchased by the party.
      (7) ☐ Other (specify):

3. Good cause exists for the production of the documents or other things described in paragraph 2 for the following reasons:

   They have first hand knowledge

   ☐ Continued on Attachment 3.

4. These documents are material to the issues involved in this case for the following reasons:

   Evidence

   ☐ Continued on Attachment 4.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: 6/20/08

Anthony Imperial
(TYPE OR PRINT NAME)                                                    (SIGNATURE OF PARTY)

(See proof of service on page three)

SC-107 [Rev. January 1, 2003]    **SMALL CLAIMS SUBPOENA AND DECLARATION**    Page two of three

**SC-100** — **Plaintiff's Claim and ORDER to Go to Small Claims Court**

*Clerk stamps date here when form is filed.*

SMALL CLAIMS
**FILED**
San Francisco County Superior Court
MAY 20 2008
GORDON PARK-LI, Clerk
Melania De Luna
BY: _____ Deputy Clerk

### Notice to the person being sued:

- You are the Defendant if your name is listed in ② on page 2 of this form. The person suing you is the Plaintiff, listed in ① on page 2.
- You and the Plaintiff must go to court on the trial date listed below. If you do not go to court, you may lose the case.
- If you lose, the court can order that your wages, money, or property be taken to pay this claim.
- Bring witnesses, receipts, and any evidence you need to prove your case.
- Read this form and all pages attached to understand the claim against you and to protect your rights.

### Aviso al Demandado:

- Usted es el Demandado si su nombre figura en ② de la página 2 de este formulario. La persona que lo demanda es el Demandante, la que figura en ① de la página 2.
- Usted y el Demandante tienen que presentarse en la corte en la fecha del juicio indicada a continuación. Si no se presenta, puede perder el caso.
- Si pierde el caso la corte podría ordenar que le quiten de su sueldo, dinero u otros bienes para pagar este reclamo.
- Lleve testigos, recibos y cualquier otra prueba que necesite para probar su caso.
- Lea este formulario y todas las páginas adjuntas para entender la demanda en su contra y para proteger sus derechos.

*Fill in court name and street address:*
Superior Court of California, County of
SAN FRANCISCO

SMALL CLAIMS DIVISION
400 MCALLISTER ST., Rm 103
SAN FRANCISCO, CA 94102

*Clerk fills in case number and case name:*
**Case Number:** 825408
**Case Name:** NEXT ARTS VS LUNA

### Order to Go to Court

The people in ① and ② must go to court: *(Clerk fills out section below.)*

| Trial Date | Date | Time | Department | Name and address of court if different from above |
|---|---|---|---|---|
| 1. | JUN 20 2008 | 1:30 PM | 506 | 5th Floor |
| Reset 2. | JUL 03 2008 | 1:30 AM | 506 | |
| Reset 3. | JUL 28 2008 | 1:30 pm | Rm 506 | (5th floor) |

Date: MAY 20 2008    Clerk, by M Rogue , Deputy

### Instructions for the person suing:

- You are the Plaintiff. The person you are suing is the Defendant.
- *Before* you fill out this form, read Form SC-150, *Information for the Plaintiff (Small Claims)*, to know your rights. Get SC-150 at any courthouse or county law library, or go to: www.courtinfo.ca.gov/forms
- Fill out pages 2 and 3 of this form. Then make copies of all pages of this form. (Make 1 copy for each party named in this case and an extra copy for yourself.) Take or mail the original and these copies to the court clerk's office and pay the filing fee. The clerk will write the date of your trial in the box above.
- You must have someone at least 18—not you or anyone else listed in this case—give each Defendant a court-stamped copy of all 5 pages of this form and any pages this form tells you to attach. There are special rules for "serving," or delivering, this form to public entities, associations, and some businesses. See Forms SC-104, SC-104B, and SC-104C.
- Go to court on your trial date listed above. Bring witnesses, receipts, and any evidence you need to prove your case.

Judicial Council of California, www.courtinfo.ca.gov
Revised January 1, 2008, Mandatory Form
Code of Civil Procedure, §§ 116.110 et seq.,
116.220(c), 116.340(g)

**Plaintiff's Claim and ORDER to Go to Small Claims Court**
(Small Claims)

SC-100, Page 1 of 5 →

| | Case Number: |
|---|---|
| Plaintiff (list names): _____ | 825408 |

**(1) The Plaintiff (the person, business, or public entity that is suing) is:**
Name: Nextarts     Phone: (415) 970-961_
Street address: 1300 25th Street, unit C / SF / CA / 94107
Mailing address (if different): PO Box 880411 / SF / CA / 94188

**If more than one Plaintiff, list next Plaintiff here:**
Name: _____ Phone: ( )
Street address: _____
Mailing address (if different): _____

☐ Check here if more than 2 Plaintiffs and attach Form SC-100A.
☐ Check here if either Plaintiff listed above is doing business under a fictitious name. If so, attach Form SC-103.

**(2) The Defendant (the person, business, or public entity being sued) is:**
Name: Noemi Luna, Postmaster, US Postal Service    Phone: (415) 552-1302
Street address: 1300 Evans Ave / SF / CA / 94124
Mailing address (if different): _____

**If more than one Defendant, list next Defendant here:**
Name: _____ Phone: ( )
Street address: _____
Mailing address (if different): _____

☐ Check here if more than 2 Defendants and attach Form SC-100A.
☐ Check here if any Defendant is on active military duty, and write his or her name here: _____

**(3) The Plaintiff claims the Defendant owes $ 5,000 —** (Explain below):
a. Why does the Defendant owe the Plaintiff money? willfull obstruction of delivery of mail
b. When did this happen? (Date): _____
If no specific date, give the time period: Date started: 7/07  Through: today
c. How did you calculate the money owed to you? (Do not include court costs or fees for service.) lost Sponsorships, Bills, & other mail  Emotional Distress

☐ Check here if you need more space. Attach one sheet of paper or Form MC-031 and write "SC-100, Item 3" at the top.

Revised January 1, 2008    **Plaintiff's Claim and ORDER to Go to Small Claims Court** (Small Claims)    SC-100, Page 2 of 5 →

Plaintiff *(list names):* _____

Case Number: CS408

④ You must ask the Defendant (in person, in writing, or by phone) to pay you before you sue. Have you done this? ☒ Yes ☐ No
*If no, explain why not:* _____

⑤ Why are you filing your claim at this courthouse?
This courthouse covers the area *(check the one that applies):*
a. ☒ (1) Where the Defendant lives or does business.
   (2) Where the Plaintiff's property was damaged.
   (3) Where the Plaintiff was injured.
   (4) Where a contract (written or spoken) was made, signed, performed, or broken by the Defendant or where the Defendant lived or did business when the Defendant made the contract.

b. ☐ Where the buyer or lessee signed the contract, lives now, or lived when the contract was made, if this claim is about an offer or contract for personal, family, or household goods, services, or loans. *(Code Civ. Proc., § 395(b).)*

c. ☐ Where the buyer signed the contract, lives now, or lived when the contract was made, if this claim is about a retail installment contract (like a credit card). *(Civil Code, § 1812.10.)*

d. ☐ Where the buyer signed the contract, lives now, or lived when the contract was made, or where the vehicle is permanently garaged, if this claim is about a vehicle finance sale. *(Civil Code, § 2984.4.)*

e. ☐ Other *(specify):* _____

⑥ List the zip code of the place checked in ⑤ above *(if you know):* 94124, 94107, 94188

⑦ Is your claim about an attorney-client fee dispute? ☐ Yes ☒ No
*If yes, and if you have had arbitration, fill out Form SC-101, attach it to this form, and check here:* ☐

⑧ Are you suing a public entity? ☐ Yes ☒ No but
*If yes, you must file a written claim with the entity first.* ☒ A claim was filed on *(date):* 6/07
*If the public entity denies your claim or does not answer within the time allowed by law, you can file this form.*

⑨ Have you filed more than 12 other small claims within the last 12 months in California?
☐ Yes ☒ No *If yes, the filing fee for this case will be higher.*

⑩ I understand that by filing a claim in small claims court, I have no right to appeal this claim.

⑪ I have not filed, and understand that I cannot file, more than two small claims cases for more than $2,500 in California during this calendar year.

I declare, under penalty of perjury under California State law, that the information above and on any attachments to this form is true and correct.

Date: 5/20/08  Anthony Imperial
*Plaintiff types or prints name here*    *Plaintiff signs here*

Date: _____
*Second Plaintiff types or prints name here*    *Second Plaintiff signs here*



**Requests for Accommodations**
Assistive listening systems, computer-assisted, real-time captioning, or sign language interpreter services are available if you ask at least 5 days before the trial. Contact the clerk's office for Form MC-410, *Request for Accommodations by Persons With Disabilities and Response.* (Civil Code, § 54.8.)

# SC-100 Information for the Defendant (the person being sued)

**"Small claims court"** is a special court where claims for $5,000 or less are decided. A "natural person" (not a business or public entity) may claim up to $7,500, including a sole proprietor. The process is quick and cheap. The rules are simple and informal.

You are the Defendant—the person being sued. The person who is suing you is the Plaintiff.

### Do I need a lawyer?
You may talk to a lawyer before or after the case. But you *may not* have a lawyer represent you in court (unless this is an appeal from a small claims case).

### How do I get ready for court?
You don't have to file any papers before your trial, unless you think this is the wrong court for your case. But bring to your trial any witnesses, receipts, and evidence that supports your case. And read "Get Ready for Court" at: *www.courtinfo.ca.gov/selfhelp/smallclaims/getready.htm*

### What if I need an accommodation?
If you have a disability or are hearing impaired, fill out Form MC-410, *Request for Accommodations*. Give the form to your court clerk or the ADA/Access Coordinator.

### What if I don't speak English well?
Bring an adult who is not a witness to interpret for you, or ask the court clerk for an interpreter at least five days before your court date. A court-provided interpreter may not be available or there may be a fee for using a court interpreter unless you qualify for a fee waiver. You may ask the court for a list of interpreters and also the *Application for Waiver of Court Fees and Costs* (form FW-001).

### Where can I get the court forms I need?
Go to any courthouse or your county law library, or print forms at: *www.courtinfo.ca.gov/forms*

### What happens at the trial?
The judge will listen to both sides. The judge may make a decision at your trial or mail the decision to you later.

### What if I lose the case?
If you lose, you can appeal. You'll have to pay a fee. (Plaintiffs cannot appeal their own claims.)

- If you were at the trial, file Form SC-140, *Notice of Appeal*. You must file within 30 days after the judge's decision.
- If you were *not* at the trial, fill out and file Form SC-135, *Notice of Motion to Vacate Judgment and Declaration*, to ask the judge to cancel the judgment (decision). If the judge does not give you a new trial, you have 10 days to appeal the decision. File Form SC-140.

For more information on appeals, see: *www.courtinfo.ca.gov/selfhelp/smallclaims/appeal.htm*

### Do I have options?
Yes. If you are being sued, you can:

- **Settle your case before the trial.** If you and the Plaintiff agree on how to settle the case, both of you must notify the court. Ask the Small Claims Advisor for help.
- **Prove this is the wrong court.** Send a letter to the court *before* your trial, explaining why you think this is the wrong court. Ask the court to dismiss the claim. You must serve (give) a copy of your letter (by mail or in person) to all parties. (Your letter to the court must say you have done this.)
- **Go to the trial and try to win your case.** Bring witnesses, receipts, and any evidence you need to prove your case. To make sure the witnesses go to the trial, fill out Form SC-107, and the clerk will subpoena (order) them to go.
- **Sue the person who is suing you.** File Form SC-120, *Defendant's Claim*. There are strict filing deadlines you must follow.
- **Agree with the Plaintiff's claim and pay the money.** Or, if you can't pay the money now, go to your trial and say you want to make payments.
- **Let the case "default."** If you don't settle and do not go to the trial (default), the judge may give the Plaintiff what he or she is asking for plus court costs. If this happens, the Plaintiff can legally take your money, wages, and property to pay the judgment.

### What if I need more time?
You can change the trial date if:

- You cannot go to court on the scheduled date (you will have to pay a fee to postpone the trial) *or*
- You did not get served (receive this order to go to court) at least 15 days before the trial (or 20 days if you live outside the county) *or*
- You need more time to get an interpreter. One postponement is allowed, and you will not have to pay a fee to delay the trial.

Ask the Small Claims Clerk about the rules and fees for postponing a trial. Or fill out Form SC-110 (or write a letter) and mail it to the court *and* to all other people listed on your court papers before the deadline. Enclose a check for your court fees, unless a fee waiver was granted.

**? Need help?**
Your county's Small Claims Advisor can help for free.

> 415-292-2124
> M-F, 8:30AM-Noon, 1:30PM-4:30PM

Or go to "County-Specific Court Information" at: *www.courtinfo.ca.gov/selfhelp/smallclaims*



**JOHN CHIANG**
**STATE CONTROLLER**

DISBURSEMENTS BUREAU
P.O. BOX 942850
SACRAMENTO, CA 94250-0001

FIRST CLASS MAIL

OFFICIAL BUSINESS

PRESORTED
FIRST-CLASS MAIL
U S POSTAGE PAID
SACRAMENTO, CA
PERMIT NO. 13

UCP

L S STEWART PAYTRUST
PO BOX 880418
SAN FRANCISCO, CA 94188-0418

CXHUSP1  94188



**JOHN CHIANG**
**STATE CONTROLLER**

DISBURSEMENTS BUREAU
P.O. BOX 942850
SACRAMENTO, CA 94250-0001

FIRST CLASS MAIL

OFFICIAL BUSINESS

PRESORTED
FIRST-CLASS MAIL
U S POSTAGE PAID
SACRAMENTO, CA
PERMIT NO. 13

California State

UCP

SEAN EUBANKS
PO BOX 880418
SAN FRANCISCO, CA 94188

CXHUSP1  94188



**JOHN CHIANG**
**STATE CONTROLLER**

DISBURSEMENTS BUREAU
P.O. BOX 942850
SACRAMENTO, CA 94250-0001

FIRST CLASS MAIL

OFFICIAL BUSINESS

PRESORTED
FIRST-CLASS MAIL
U S POSTAGE PAID
SACRAMENTO, CA
PERMIT NO. 13

UCP

JULIE NGOC NGO
PO BOX 880418
SAN FRANCISCO, CA 94188

CXHUSP1 94188

---



**JOHN CHIANG**
**STATE CONTROLLER**

DISBURSEMENTS BUREAU
P.O. BOX 942850
SACRAMENTO, CA 94250-0001

FIRST CLASS MAIL

OFFICIAL BUSINESS

PRESORTED
FIRST-CLASS MAIL
U S POSTAGE PAID
SACRAMENTO, CA
PERMIT NO. 13

UCP

KENNETH OLIVER
PO BOX 880418
SAN FRANCISCO, CA 94188

CXHUSP1 94188



**JOHN CHIANG**
STATE CONTROLLER

DISBURSEMENTS BUREAU
P.O. BOX 942850
SACRAMENTO, CA 94250-0001

FIRST CLASS MAIL

OFFICIAL BUSINESS

UCP

WILLIAM R ESTRADA
PO BOX 880418
SAN FRANCISCO, CA 94188-0418



**JOHN CHIANG**
STATE CONTROLLER

DISBURSEMENTS BUREAU
P.O. BOX 942850
SACRAMENTO, CA 94250-0001

FIRST CLASS MAIL

OFFICIAL BUSINESS

California State Cont.

UCP

PHIL BURROUGHS
PO BOX 880418
SAN FRANCISCO, CA 94188-0418