1   JOSEPH P. RUSSONIELLO (CSBN 44332)
    United States Attorney
2   JOANN M. SWANSON (CSBN 88143)
    Chief, Civil Division
3   VICTORIA R. CARRADERO (CSBN 217885)
    Assistant United States Attorney
4
       450 Golden Gate Avenue, Box 36055
5      San Francisco, California 94102-3495
       Telephone: (415) 436-7181
6      Facsimile:  (415) 436-6748
       Email: victoria.carradero@usdoj.gov
7
    Attorneys for Federal Defendant
8   Noemi Luna, Postmaster

9                   UNITED STATES DISTRICT COURT

10                 NORTHERN DISTRICT OF CALIFORNIA

11                    SAN FRANCISCO DIVISION

12  NEXT ARTS,                        )     Case No. C
                                      )
13                    Plaintiff,      )
                                      )
14           v.                       )     CERTIFICATION PURSUANT TO
                                      )     28 U.S.C. § 2679(d)
15  NOEMI LUNA, POSTMASTER,           )
                                      )
16                    Defendant.      )
                                      )
17  _____)

18  ///

19  ///

20  ///

21

22

23

24

25

26

27

28  CERTIFICATION PURSUANT TO
    26 U.S.C. § 2679(d) - Luna
                            1

1    I, Joann M. Swanson, hereby certify as follows:

2    1. I am the Chief of the Civil Division of the United States Attorney's Office for the Northern

3    District of California. Pursuant to written delegation from Joseph P. Russoniello, the duly appointed

4    United States Attorney for the Northern District of California, I have been authorized to exercise on

5    behalf of the United States Attorney the authority vested in him by the Attorney General, pursuant to

6    28 C.F.R. § 15.3, to certify pursuant to 28 U.S.C. § 2679(d) that a federal employee named as a

7    defendant in a civil action was acting within the course and scope of his or her employment with

8    reference to the matters alleged in the suit.

9    2. I have reviewed the complaint in the above-captioned action. On the basis of that

10   complaint and certain other information provided to me, pursuant to the provisions of 28 U.S.C.

11   § 2679(d) and by virtue of the authority vested in me as set forth above, I hereby certify that at all

12   times relevant to the complaint, defendant Noemi Luna was acting within the course and scope of her

13   employment as San Francisco Postmaster.

14

15

16   DATED: July 14, 2008                    _Sara Winslow for_
17                                           JOANN M. SWANSON
                                             Chief, Civil Division
18

19

20

21

22

23

24

25

26

27

28

CERTIFICATION PURSUANT TO
26 U.S.C. § 2679(d) - Luna

2