1  JOSEPH P. RUSSONIELLO (CSBN 44332)
   United States Attorney
2  JOANN M. SWANSON (CSBN 88143)
   Chief, Civil Division
3  VICTORIA R. CARRADERO (CSBN 217885)
   Assistant United States Attorney
4
   450 Golden Gate Avenue, Box 36055
5  San Francisco, California 94102-3495
   Telephone: (415) 436-7181
6  Facsimile:  (415) 436-6748
   Email: victoria.carradero@usdoj.gov
7
   Attorneys for Federal Defendant
8  Noemi Luna, Postmaster

9               UNITED STATES DISTRICT COURT

10              NORTHERN DISTRICT OF CALIFORNIA

11                  SAN FRANCISCO DIVISION

12 NEXT ARTS,                    )   No. C 08-3483 JCS
                                 )
13              Plaintiff,       )
                                 )
14     v.                        )   **PROOF OF SERVICE**
                                 )
15 NOEMI LUNA, POSTMASTER,       )
                                 )
16              Defendant.       )
                                 )
17

18     The undersigned hereby certifies that she is an employee of the Office of the United States

19 Attorney for the Northern District of California and is a person of such age and discretion to be

20 competent to serve papers. The undersigned further certifies that on July 21, 2008 she caused a copy

21 of:

22     Notice Of Removal and Certification Pursuant to 28 U.S.C. § 2679(d) filed July 21, 2008;

23     Order Setting Initial Case Management Conference and ADR Deadlines filed July 21, 2008;
       Standing Order for Magistrate Judge Joseph C. Spero; Standing Order Re: Case Management
       Conference; Standing Order For All Judges of the Northern District of California;
24
       Notice of Assignment Of Case To A United States Magistrate Judge For Trial; Consent To
25     Proceed Before A United States Magistrate Judge; Declination to Proceed Before A
       Magistrate Judge And Request For Reassignment To A United States District Judge;
26
       ECF Registration Information Handout;
27
       Welcome To The U.S. District Court, San Francisco; and
28

PROOF OF SERVICE
*Next Arts v. Luna*, C 08-3483 JCS            1

Proof of Service

to be served upon the person at the place and address stated below, which is the last known address:

    Anthony Imperial, Director
    Next Arts
    1300 25th Street, Unit C
    San Francisco, California 94107

    Anthony Imperial, Director
    Next Arts
    P.O. Box 880418
    San Francisco, California 94188

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 21st day of July 2008 at San Francisco, California.

_____
ELSIE SATO
Paralegal Specialist

PROOF OF SERVICE
*Next Arts v. Luna*, C 08-3483 JCS         2