1  JOSEPH RUSSONIELLO (CSBN 118321)
   United States Attorney
2  JOANN M. SWANSON (CSBN 88143)
   Chief, Civil Division
3  VICTORIA R. CARRADERO CSBN (217885)
   Assistant United States Attorney
4    450 Golden Gate Avenue, Box 36055
     San Francisco, California 94102
5    Telephone:  (415) 436-7181
     Facsimile:   (415) 436-6748
6    Email: victoria.carradero@us.doj.gov

7  Attorneys for Federal Defendant Noemi Luna, United States Postmaster

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| NEXT ARTS,<br><br>        Plaintiff,<br><br>      v.<br><br>NOEMI LUNA, SAN FRANCISCO POSTMASTER<br><br>        Defendant. | CASE NO. C 08-3483 JCS<br><br>[PROPOSED] ORDER ON FEDERAL DEFENDANT'S NOTICE OF MOTION AND MOTION TO DISMISS; MEMORANDUM OF POINTS AND AUTHORITIES<br><br>[Fed. R. Civ. Proc. 12(b)(1) and 12(b)(6)]<br><br>Date:         August 29, 2008<br>Time:        9:30<br>Courtroom:  A, 15th Floor<br>Judge:       Spero |

1    Federal defendant's Motion to Dismiss Plaintiff's complaint came on for hearing on the Court's
2 regular civil law and motion calendar on August 29, 2008.  Plaintiff was represented by
3 _____.  Defendant was represented by Assistant United States Attorney Victoria R.
4 Carradero.  The Court having considered the papers filed by both sides, the authorities contained therein,
5 and the argument having been heard, IT IS HEREBY ORDERED that defendant's motion to dismiss
6 Plaintiff's Complaint is GRANTED WITHOUT LEAVE TO AMEND.  This Court lacks subject matter
7 jurisdiction because (1) Plaintiff failed to exhaust administrative remedies by filing an administrative
8 claim prior to initiating suit, 28 U.S.C. §§ 2401(b), 2675; and (2) 28 U.S.C. Section 2680(b) expressly
9 provides that the government cannot be sued for "any claim arising out of the loss, miscarriage, or
10 negligent transmission of letters or postal matter."  Additionally, the Postmaster is not a proper
11 defendant in this negligence action.  Finally, Plaintiff has not and cannot allege any cognizable cause of
12 action against the Postmaster.

14    IT IS SO ORDERED.

16 DATED: _____, 2008        _____
                                                            The Honorable Magistrate Judge Joseph C. Spero