# CERTIFICATE OF SERVICE

The undersigned hereby certifies that she is an employee of the Office of the United States Attorney for the Northern District of California and is a person of such age and discretion to be competent to serve papers. The undersigned further certifies that she is causing a copy of the following:

1. **DEFENDANT'S NOTICE OF MOTION AND MOTION TO DISMISS; MEMORANDUM OF POINTS AND AUTHORITIES**

2. **DECLARATION OF GWENDOLYN E. MURRAY**

3. **PROPOSED ORDER**

<u>Next Arts v. Noemi Luna, Postmaster</u>
Case No. CV 08-3483 JCS

to be served this date upon the party in this action by placing a true copy thereof in a sealed envelope, and served as follows:

__X__   **FIRST CLASS MAIL** by placing such envelope(s) with postage thereon fully prepaid in the U.S. mail.

____   **CERTIFIED MAIL** (# ) by placing such envelope(s) with postage thereon fully prepaid in the designated area for outgoing U.S. mail in accordance with this office's practice.

____   **FEDERAL EXPRESS**

____   **PERSONAL SERVICE (BY MESSENGER)**

____   **FACSIMILE (FAX)**   Telephone No.: <u>See Below</u>

to the party(ies) addressed as follows:

| Anthony Imperial, Director<br>Next Arts<br>P.O. Box 880418<br>San Francisco, CA 94188<br>Phone: (415)970-9005 | Anthony Imperial, Director<br>Next Arts<br>1300 25th Street, Unit C<br>San Francisco, California 94107 |
|---|---|

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on July 25, 2008 at San Francisco, California.

*/s/ Victoria R. Carradero*

Victoria R. Carradero