1

2

3                         UNITED STATES DISTRICT COURT

4                        NORTHERN DISTRICT OF CALIFORNIA

5

6   NEXT ARTS,                                   No.  C 08-03483 JCS

7              Plaintiff(s),              **CONSENT TO PROCEED BEFORE A
                                          UNITED STATES MAGISTRATE JUDGE**
8        v.

9   NOEMI LUNA,

10            Defendant(s).

11  _____/

12

13      CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE

14      In accordance with the provisions of Title 28, U.S.C. Section 636(c), the undersigned party

15  in the above-captioned civil matter hereby voluntarily consents to have a United States Magistrate

16  Judge conduct any and all further proceedings in the case, including trial, and order the entry of a

17  final judgment. Appeal from the judgment shall be taken directly to the United States Court of

18  Appeals for the Ninth Circuit

19

20  Dated: _____        _____
                                            Signature
21

22                                          Counsel for _____
                                            (Name or party or indicate "pro se")
23

24

25

26

27

28

                                            2