

P.O. Box 880418
San Francisco, CA 94188
Phone 415 970-9005. Fax 415 643-3502
www.NextArts.org

July 25, 2008

Joseph C. Spero
Magistrate Judge
U.S. District Court, Northern District of California
450 Golden Gate Avenue, 16th Floor
San Francisco, California 94102

Re: NextArts v. Noemi Luna, Postmaster
    CV 08 3483 JVS
    Small Claims Case: 825408

Honorable Judge,

I am not an attorney and I don't want to come across as a sea-lawyer or jailhouse lawyer. All I want is for our charity non-profit, and those who work and volunteer here, to get their mail.

REQUEST FOR ADA ACCOMODATIONS: I am the executive director of NextArts. Brought on by stress, I suffer from panic attacks. Most notably an intense fear of heights. As such, I request accommodations such that all proceedings occur on the 1st floor or lower of your building.

BACKGROUND: Approximately 4-years ago I opened PO Box 880418, San Francisco, CA 94188 for NextArts. At the time, I was in a wheelchair because I broke my leg playing softball. The postal clerk was very kind and gave me this PO Box because it was lower than the others, so I could reach it. We were told the PO Box was previously used by someone who had abused it and used the PO Box as a clearing house for other people's mail. The clerk told me that we would receive mail not belonging to us, but we should take it to the counter. We did that. We had the PO Box without incident until July 2007.

Sometime in July 2007 our mail began to be intercepted. Letters from grant making foundations, gift certificates from sponsors were all missing. A letter form my niece addressed to Uncle Tony was returned (that was terrible). I brought this to the attention of the clerk responsible for the PO Boxes. She laughed at me and accused me of being the former user of the box. She told me to go stand in another line and then after I waited in it, she came to that counter and said may I help you. They put security on me claiming I was a disturbance and had them follow me wherever I went.

I started to document it and asked someone from Nancy Pelosi's Office to help me. It got so bad, your honor, that they were opening my mail. And, I still want to know what happened to the gift certificates from the companies who agreed to sponsor us last year. I think they (postal workers) took them.

We are a charity non-profit. We hire and train the transitional homeless. They (the transitional homeless) do not use our mail box whatsoever. We put on concerts in economically disadvantaged regions. Instead of gated admission, we collect socks and underwear (new tag still attached) and then we give the collected items to homeless programs. Our program was doing so well, we expanded from that and started collecting school supplies; giving them to less fortunate schools. Our program "was" doing great. It really was amazing. In our first year, we collected over 1,000 pairs of socks, yet only 8-pairs were used. What we found is if you tell a kid he/she can get into a concert for 5-dollars that normally cost $35.00, you in essence had the kid's ticket punched to misbehave. But if you collect socks and underwear or school supplies, that somehow doesn't translate. We have gone into some of the most disadvantaged regions of our city. I can proudly report not one incident of public safety. And on top of that, we do our events at night.

Our program was doing so well we began to expand. We found a sponsor and began giving away band instruments in 2007 as part of our burgeoning arts education program called Just Play! In 2007 we had over 50 applicants. Now in 2008 we have had two and I have emails form those who sent application materials in, stating their mail was returned because our box is closed.

We will not be doing our program in 2008 because of this. No concerts, no band instrument giveaways, no socks and underwear for the homeless, no school supplies for schools in poorer regions.. nothing. And, it hurts. And, hey gang (counsel for the defense).. while you sit there yukking it up, telling me over the phone how you are going to tank me.. One of the recipients of schools supplies was Macolm X, not more than 3-blocks from the Evans Station.

I read the documents that came to us regarding this matters removal from small claims court and I spoke with Victoria Carradero. How could anybody claim they were doing their job by doing the things described above? And, how is it this matter got bumped up to a higher court? Ms. Carradero told me she was going to submit a motion to dismiss this case because it is baseless. And her claim that Ms. Luna was acting appropriately is not true. If she is supervising these postal workers and letting them get away with this, there is a serious problem.

What they are trying to do is make it that I can't defend ourselves and I think this is sham. They will put out all kinds of motions and discovery, depositions, and what have you. I simply can not compete with that and they know it.

I spoke with the small claims adviser and he told me that as a government employee it was Ms. Carradero's job to try and help me. And, that she must be forthcoming. The first thing I asked Ms. Carradero to do is get with her client and ask the Postal Service to collect all the mail that goes to PO Box 880418 and we would go through it once a week to make sure we got what belonged to us. Her response: :"That would be unreasonable to ask of my client."

Your honor, I bet if you weren't getting your mail something would happen to change that. And, while I am not a rich person.. I bet 50-bucks the staff in Nancy Pelosi's Office gets their mail

without obstruction.  All that is being proven here is that while it is claimed all people are equal, it would seem some are more equal than others.

REQUEST FOR A COURT APPOINTED ATTORNEY:  It is my understanding that in some instances the court can intervene and help.  If you can do that, your honor, it would be great.  We can't afford an attorney, we want our mail and seek relief for the damages the postal workers have caused us.

I have signed the document that says we consent to proceed before you.  In all honesty, I don't know what it means to say no to that, nor do I know the difference between types of judges.  The type of justice I am looking for could just as easily be obtained at a kitchen table using a spoon as gavel.  It reminds me of an old saying: "The dish ran away with the spoon."  I beg this court not to let that happen.

Submitted under penalty of perjury.

Respectfully,

Anthony Imperial

Director, NextArts


CC:   Clerk, San Francisco Superior Court
      Small Claims Division
      400 McAllister Street, Room 103
      San Francisco, California 94102

      Victoria R Carradero
      Assistant United States Attorney
      450 Golden Gate Avenue, Box 36055
      San Francisco, California 94102