**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NEXT ARTS,<br><br>　　　　Plaintiff(s),<br><br>　v.<br><br>NOEMI LUNA, POSTMASTER,<br><br>　　　　Defendant(s).<br>_____/ | Case No. C08-3483 JCS<br><br>**ORDER GRANTING IN PART, AND DENYING IN PART PLAINTIFF'S MOTION FOR APPOINTMENT OF COUNSEL AND MOTION FOR ADA ACCOMMODATIONS [Docket No. 12], AND DENYING WITHOUT PREJUDICE DEFENDANT'S MOTION TO DISMISS [Docket No. 5], AND SETTING A STATUS CONFERENCE** |

On July 25, 2008, Defendant filed a Motion to Dismiss for Lack of Jurisdiction (the "Dismiss Motion").

On August 5, 2008, Plaintiff filed a Motion for ADA Accommodations (the "ADA Motion"), and Motion to Appoint Counsel (the "Counsel Motion").

IT IS HEREBY ORDERED THAT:

1. The ADA Motion is GRANTED. The Plaintiff shall be allowed to appear telephonically at all Court hearings pending further Order of the Court. The Plaintiff shall submit a letter one (1) week prior to each hearing date with a telephone contact number (no cell phone or speaker phones are allowed). The Court will initiate the phone contact.

2. The Counsel Motion is DENIED without prejudice to review at the status conference set for **August 29, 2008, at 1:30 p.m.**

3. Plaintiff shall identify for the Court, in writing, no later than **August 27, 2008,** the corporate form of Plaintiff's organization Next Arts.

4. Defendant's Dismiss Motion is DENIED without prejudice to renewal after the status conference on August 29, 2008. At the status conference the Court will also reschedule, if appropriate, the hearing on the Dismiss Motion.

5. A status conference is set for **August 29, 2008, at 1:30 p.m.** Plaintiff may appear by phone, and shall follow the directions for telephonic appearance as outlined in Number 1 above.

IT IS SO ORDERED.

Dated: August 5, 2008

_____
JOSEPH C. SPERO
United States Magistrate Judge

2

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

NEXT ARTS,

        Plaintiff,

  v.

NOEMI LUNA et al,

        Defendant.
_____/

Case Number: CV08-03483 JCS

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on August 5, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Next Arts
Anthony Imperial, Director
Next Arts
P.O. Box 880418
San Francisco, CA 94188

Dated: August 5, 2008

*Karen L. Hom*

Richard W. Wieking, Clerk
By: Karen Hom, Deputy Clerk