1

CERTIFICATE OF SERVICE

2  The undersigned hereby certifies that she is an employee of the office of the United States

3  Attorney, Northern District of California and is a person of such age and discretion to be

4  competent to serve papers.  The undersigned certifies that she caused a copy of

5

6  **CONSENT TO PROCEED BEFORE A
    UNITED STATES MAGISTRATE JUDGE**

7  in the case of **NEXT ARTS v. NOEMI LUNA., No. C 08-03483 JCS**

8  to be served on the party in this action, addressed as follows which are the last known address:

9          Anthony Imperial, Director
            Next Arts
10         P.O. Box 880418
            San Francisco, CA 94188
11

12         Anthony Imperial, Director
            Next Arts
13         1300 25th Street, Unit C
            San Francisco, CA 94107

14

15 \_\_\_\_\_(By Personal Service), I caused such envelope to be delivered by hand to the person or
    offices of each addressee(s) above.
16

17 \_\_\_ (By Facsimile), I caused each such document to be sent by Facsimile to the person or
    offices of each addressee(s) above.

18 _X_ (By Mail), I caused each such envelope, with postage thereon fully prepaid, to
    be placed in the United States mail at San Francisco, California.
19

20 \_\_\_ (By Fed Ex), I caused each such envelope to be delivered by FED EX to the address
    listed above.

21 I declare under penalty of perjury that the foregoing is true and correct.

22 Dated:  August 5, 2008

23

24           /s/ *Beth Margen*
              BETH MARGEN
25           Legal Assistant

26

27

28