**United States District Court**
For the Northern District of California

1

2

3

4                          UNITED STATES DISTRICT COURT

5                         NORTHERN DISTRICT OF CALIFORNIA

6   NEXT ARTS,                                   Case No.  C08-3483 JCS

7              Plaintiff(s),                     **ORDER TO SHOW CAUSE**

8          v.

9   NOEMI LUNA, POSTMASTER,

10             Defendant(s).
                                            /
11

12      On August 21, 2008, Plaintiff filed a letter with the Court identifying the corporate form of

13   Plaintiff's organization Next Arts.   Pursuant to the filing, it appears that Plaintiff Next Arts is a

14   corporation.

15      IT IS HEREBY ORDERED that Next Arts shall have thirty (30) days to obtain counsel.

16      IT IS HEREBY FURTHER ORDERED that if within thirty (30) days from August 25, 2008,

17   the corporation is unable to retain counsel, Plaintiff Next Arts shall appear telephonically on

18   **September 26, 2008, at 9:30 a.m.**, to show cause why this case should not be dismissed for failure

19   to prosecute.  Pursuant to Civil L.R. 3-9(b) a corporation may not appear in this Court, and may not

20   prosecute this action, except through counsel.

21      IT IS SO ORDERED.

22

23   Dated:  August 25, 2008

24                                          _____
                                            JOSEPH C. SPERO
                                            United States Magistrate Judge
25

26

27

28

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA


NEXT ARTS,

              Plaintiff,

  v.

NOEMI LUNA et al,

              Defendant.

                              /

Case Number: CV08-03483 JCS

**CERTIFICATE OF SERVICE**


I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on August 25, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Next Arts
Anthony Imperial, Director
Next Arts
P.O. Box 880418
San Francisco, CA 94188


Dated: August 25, 2008

Richard W. Wieking, Clerk
By: Karen Hom, Deputy Clerk