

P.O. Box 880418
San Francisco, CA 94188
Phone 415 970-9005.  Fax 415 643-3502
www.NextArts.org

**FILED**

AUG 2 1 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

August 20, 2008



Joseph C. Spero
Magistrate Judge
U.S. District Court, Northern District of California
450 Golden Gate Avenue, 16th Floor
San Francisco, California 94102

Re: NextArts v. Noemi Luna, Postmaster
    CV 08 3483  JVS
    Small Claims Case: 825408

Honorable Judge,

    Attached please find a copy of our IRS Determination Letter and also a copy of our Organizational Clearance Certificate with the State of California. I am not sure if this satisfies your request for us to "identify for the Court, in writing.. the corporate form of Plaintiff's organization NextArts." I hope it does. We are an incorporated California charity non-profit organization.

    Please be advised the law firm that represented us during our ruling with the IRS was pro-bono. We could never afford such a high powered law firm.

    Your Honor, this is very draining for me. I am but a volunteer here, the founder of this charity non-profit, and I can't believe I am actually fighting to get our mail delivered. We really need some legal help, else counsel for the defense is going to bury us in paperwork and motions that we just can't cope with.

    I would like to oppose the defendant's motion to dismiss, but I am not sure how. I have stacks of evidence including letters that don't belong to us that we photocopied before returning, letters between myself and the Postmaster where I specifically ask for instructions on filling a claim only to have her respond (in writing) that there is no such mechanism, letters from potential participants of our program that bounced when sent to our mail box that they hand delivered, emails from participants of our program indicating they tried to submit materials and they bounced, letters

from sponsors and donors indicating they tried to communicate with us or send us donations and they bounced. Memo's between our organization, the Postmaster, and a representative of Nancy Pelosi's office documenting every obstacle we encountered for over 2-months and pleading for relief. Somehow we must submit them to the court so they may be reviewed and the court can understand that we did try every administrative means we could think of to get this resolved, and that taking the Post Office to court was a final and exasperated step in a long and unresponsive process.

The telephone contact number for the upcoming hearing date is: ███████ I respectfully request that this number be redacted from any documents the defendant gets to see.

Please feel free to contact me if the documents I have provided do not meet your request to identify the corporate form of NextArts.

Submitted under penalty of perjury.


Respectfully.

*[signature]*

Anthony Imperial

Director, NextArts

277-F (S1)(10-09)

STATE BOARD OF EQUALIZATION, PROPERTY AND SPECIAL TAXES DEPARTMENT
ASSESSMENT POLICY AND STANDARDS DIVISION
PO BOX 942879, MIC:64, Sacramento, CA 94279-0064
Exemptions Section: 916-445-3524; Division: 916-445-4982

## WELFARE OR VETERANS' ORGANIZATION EXEMPTION
## ORGANIZATIONAL CLEARANCE CERTIFICATE FINDING SHEET

DATE: 01/13/2005

Organization Name and Mailing Address:

NextArts
P.O. Box 880418

San Francisco                    CA 94188-0418

Organization Information:

BOE Ex. No.: 17683    Status: Active

Type: Charitable

Corporate I.D. No.: 2359477

Fiscal Year: 01-02

Under the provisions of section 254.6 of the Revenue and Taxation Code, we have reviewed the Claim for Organizational Clearance Certificate together with other material submitted for the above organization. Our finding is that the requirements of section 214 or section 215.1 and following of the Revenue and Taxation Code, which provide for the welfare or veterans' organization exemption, have "Been Met," "Not Been Met," or your claim was determined to be "Incomplete" as indicated below:

[X] BEEN MET            [ ] INCOMPLETE       [ ] NOT BEEN MET
PURPOSE:                [ ] A.I.             [ ] R.N.A.
[ ] Religious           [ ] A.A.I.           [ ] H.N.A.
[ ] Hospital            [ ] I.D.             [ ] S.N.A.
[ ] Scientific          [ ] D.C.             [ ] C.N.A.
[X] Charitable          [ ] N.T.L.
                        [ ] N.F.S.
                        [ ] N.O.S.

If this finding sheet indicates an Incomplete or Not Been Met finding, you may submit additional information and/or documents in support of your claim. Please submit such documents, along with this finding sheet, to the address listed on the top of this form.

**SEE REVERSE FOR DESCRIPTION OF CODES AND BELOW FOR ADDITIONAL COMMENTS REGARDING THE ORGANIZATION'S FINDING:**

(Please note that the Assessor may not grant a Welfare or Veterans' Organization tax exemption on a claimant's property until the claimant has been issued a valid organizational clearance certificate according to section 254.6 of the Revenue and Taxation Code.)

The claimant may appeal the Board of Equalization staff's finding of ineligibility with the Board within 60 days of the date of mailing of the final notice of ineligibility (form BOE-277-F2). The appeal shall be in writing and shall state specific grounds upon which the appeal is founded. The Board shall conduct a hearing and shall provide written findings to support its decision.

```
INTERNAL REVENUE SERVICE                      DEPARTMENT OF THE TREASURY
P. O. BOX 2508
CINCINNATI, OH  45201

                                              Employer Identification Number:
Date:  JUN 1 3 2006                             91-2159109
                                              DLN:
NEXTARTS                                        17053091758026
C/O DONALD F BROSNAN                          Contact Person:
COOLEY GODWARD LLP                              DEL TRIMBLE              ID# 31309
5 PALO ALTO SQUARE                            Contact Telephone Number:
PALO ALTO, CA  94306-2155                       (877) 829-5500
                                              Public Charity Status:
                                                509(a)(2)
```

Dear Applicant:

Our letter dated July 2002, stated you would be exempt from Federal income tax under section 501(c)(3) of the Internal Revenue Code, and you would be treated as a public charity, rather than as a private foundation, during an advance ruling period.

Based on the information you submitted, you are classified as a public charity under the Code section listed in the heading of this letter. Since your exempt status was not under consideration, you continue to be classified as an organization exempt from Federal income tax under section 501(c)(3) of the Code.

Publication 557, Tax-Exempt Status for Your Organization, provides detailed information about your rights and responsibilities as an exempt organization. You may request a copy by calling the toll-free number for forms, (800) 829-3676. Information is also available on our Internet Web Site at www.irs.gov.

If you have general questions about exempt organizations, please call our toll-free number shown in the heading.

Please keep this letter in your permanent records.

We have sent a copy of this letter to your representative as indicated in your power of attorney.

                                            Sincerely yours,

                                            Lois G. Lerner
                                            Director, Exempt Organizations
                                            Rulings and Agreements

                                                                                          Letter 1050 (DO/CG)

Box 4 Arts
PO Box 880418
SF CA 94188

SAN FRANCISCO CA 941
20 AUG 2008 PM 7 T

Hon. Joseph C Spero
US District Court, N. California
450 Golden Gate Ave., 16th Floor
San Francisco, CA 94102