# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA
## CIVIL MINUTE ORDER

**CASE NO.** C 08-03483 JCS

**CASE NAME:** Next Arts v. Noemi Luna

| | |
|---|---|
| **MAGISTRATE JUDGE JOSEPH C. SPERO** | **COURTROOM DEPUTY:** Karen Hom |
| **DATE:** August 28, 2008    **TIME:** 3 mins | **COURT REPORTER:** FTR: 1:57 -2:00 |
| **COUNSEL FOR PLAINTIFF:**<br>No Appearance | **COUNSEL FOR DEFENDANT:**<br>Victoria Carradero |

**PROCEEDINGS:**                                             **RULING:**

1. Status Conference                                         Held

**ORDERED AFTER HEARING:**

**ORDER TO BE PREPARED BY:**    () Plaintiff    () Defendant    () Court

**CASE CONTINUED TO:** 09/26/08 at 9:30 a.m., re: Show Cause Hearing.

| Number of Depos: | Number of Experts: | Discovery Cutoff: |
|---|---|---|
| **Expert Disclosure:** | **Expert Rebuttal:** | **Expert Discovery Cutoff:** |
| **Motions Hearing:** at 9:30 a.m. | | **Pretrial Conference:** at 1:30 p.m. |

**Trial Date:**         at 8:30 a.m.   ()Jury    ()Court    Set for    days

**cc:**    Chambers; Karen
\* (T) = Telephonic Appearance