**United States District Court**
For the Northern District of California

1
2
3
4 UNITED STATES DISTRICT COURT
5 NORTHERN DISTRICT OF CALIFORNIA
6
7 NEXT ARTS,                                          No. C 08-03483 JCS
8            Plaintiff(s),
                                                      **ORDER OF DISMISSAL**
9       v.
10 NOEMI LUNA,
11            Defendant(s).
12 _____/
13       The corporation having failed to obtain counsel within the time period allowed by the Court,
14       IT IS HEREBY ORDERED that this case is dismissed in its entirety without prejudice for failure
15 to appear through counsel and failure to prosecute.
16 IT IS SO ORDERED.
17
18 Dated: November 7, 2008
19                                          _____
                                            JOSEPH C. SPERO
20                                          United States Magistrate Judge
21
22
23
24
25
26
27
28